UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MEDHAT W. YOUSSEF, | ) | 1:15CV2150 |
| | ) | |
| Petitioner | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | (Mag. Judge Kenneth S. McHargh) |
| | ) | |
| MICHELLE MILLER, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent | ) | MEMORANDUM |
| | ) | <u>AND ORDER</u> |

McHARGH, MAG. JUDGE

The petitioner Medhat W. Youssef ("Youssef") has filed a petition pro se for a writ of habeas corpus, arising out of his 2014 convictions for felonious assault, domestic violence, rape, and kidnapping, in the Cuyahoga County (Ohio) Court of Common Pleas.

Youssef had filed a motion for appointment of counsel. (Doc. 8.) The motion was granted, in part. The court provisionally appointed counsel from the Federal Public Defender's office, for the purpose of evaluating the viability of the merits of Youssef's claims, and asked counsel to report to the court. (Doc. 9.)

Counsel now advises that "a more in-depth and thorough review is needed" to assess the merits of petitioner's claims, "based on the complexity of the issues." (Doc. 11.)

The provisional appointment of counsel is extended, and counsel shall file a status report with the court within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

Dated:  Sept. 8, 2016            /s/ Kenneth S. McHargh
                                 Kenneth S. McHargh
                                 United States Magistrate Judge